# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHN JAQUEZ**                                                                       **PLAINTIFF**

**V.**                              **4:12-CV-00060-BRW-BD**

**KARL BYRD,** *et al.*                                                               **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge Beth Deere. (Doc. No. 8).  After careful review of her recommendation and Mr. Jaquez's objections, as well as a *de novo* review of the record, the Partial Recommended Disposition is adopted as this Court's findings in all respects.

Mr. Jaquez's claims against Defendants Byrd and Brown are dismissed, without prejudice.  His claim against Defendant Randall regarding the lack of video surveillance equipment in the Detention Center elevator is also dismissed, without prejudice.  In addition, Mr. Jaquez's claims against the Defendants in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED this 14th day of March, 2012.


                                                  /s/Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE