## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN JAQUEZ                                                                                     PETITIONER
ADC #151676

V.                                              4:12-CV-00060 BRW

P. STALEY, *et al.*                                                                              DEFENDANTS

### ORDER

The Court has received the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Doc. No. 30). While the time has passed for Petitioner to file his objections, it appears he never received a copy of Judge Deere's Partial Recommended Disposition because the Court did not have his current address. Petitioner has now provided the Court with his current address. Petitioner may have until Tuesday, April 17, 2012, to file his objections. The Clerk of the Court is directed to send Petitioner a copy of this Order and a copy of Judge Deere's Partial Recommended Disposition (Doc. No. 30).

DATED this 3rd day of April, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE