IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN JAQUEZ**                                                                              **PLAINTIFF**

**V.**                                    **4:12-CV-00060 BRW-BD**

**KARL BYRD, et al.**                                                                    **DEFENDANTS**

## ORDER

Plaintiff's Motion to Dismiss his case is GRANTED (Doc. No. 44).  The pending Partial Recommended Disposition is now moot.[1]  Mr. Jaquez's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this19th day of April, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 30.