## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHN JAQUEZ**                                                              **PLAINTIFF**

**V.**                         **4:12-CV-00060 BRW-BD**

**KARL BYRD, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, this case is DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of April, 2012.

                                                        /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE